**United States Court of Appeals**
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-7049** **September Term, 2026**

**1:21-cv-00400-APM**

**Filed On: September 23, 2026** [2194677]

Barbara J. Lee, et al.,

Appellees

v.

Donald J. Trump, solely in his personal capacity,

Appellant

Proud Boys International, L.L.C., et al.,

Appellees

------------------------------

Consolidated with 26-7052, 26-7123, 26-7154

**O R D E R**

Upon consideration of the motion of America First Legal Foundation for leave to file a brief amicus curiae in support of appellant, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged brief amicus curiae.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk